### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**                            **CASE NO.  4:09CR00262 JMM**

**LANCE HINERMAN**                                                **DEFENDANT**

### ORDER

Defendant was indicted on September 2, 2009.  The Court filed its Pretrial Discovery

Order on September 15, 2009, in which it addressed Federal Rule of Criminal Procedure 16,

Federal Rule of Criminal Procedure 404(b), *Brady, Giglio,* and *Jencks Act* motions, the

preservation of  field notes, newly discovered information, non-compliance issue, pretrial

motions, and motions to suppress.

On September 24, 2009, the defendant filed a Motion for Disclosure of *Jencks Act*

Material (#10), Motion to Suppress (#11) and a Motion for Discovery Rule 16 (#12).

Defendant's Motion for Disclosure of *Jencks Act* Material and Motion for Discovery Rule

16 are dismissed as moot based upon the Court's Order of September 15, 2009.  Defendant's

Motion to Suppress is also dismissed as moot based upon the government's assertion that its

evidence does not fall into any of the categories set forth by defendant and based upon the

Court's Order of September 15, 2009 which states that the Court will deny an evidentiary hearing

on suppression motions that are supported by general or conclusory assertions.

The denials of the discovery motions are without prejudice should the government fail to provide the required information as set forth in the Court's September 15, 2009 Pretrial Order for Criminal Cases and the denial of the Motion to Suppress is without prejudice to defendant filing a more specific Motion to Suppress.

IT IS SO ORDERED THIS  28   day of  September , 2009.


James M. Moody
United States District Judge